# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1447

_____

David F. Leach,                *
                                    *
          Appellant,       *
                                    *    Appeal from the United States
    v.                            *    District Court for the
                                    *    Southern District of Iowa.
Mediacom,               *
                                    *
          Appellee,        *        [PUBLISHED]
                                    *
United States of America,   *
                                    *
        Movant Below.     *

_____

Submitted: December 10, 2003
Filed: June 28, 2004

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

David F. Leach appeals the district court's[1] dismissal of his complaint, purportedly brought under the Cable Communications Policy Act. See 47 U.S.C. § 521 et seq. Having carefully reviewed the record, we agree with the district court

---

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.

that there is no implied private right of action under 47 U.S.C. § 531(e), as Congress expressly gave the franchiser enforcement authority. <u>See</u> <u>Alexander v. Sandoval</u>, 532 U.S. 275, 290 (2001) ("The express provision of one method of enforcing a substantive rule suggests that Congress intended to preclude others.") Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____